Edward Harold SAUNDERS,
Jr., Plaintiff—Appellant,

v.

Kathleen HAWK–SAWYER, Director, Bureau of Prisons; Harley Lappin, Director, Bureau of Prisons; Harrell Watts, National Inmate Appeals Grievance Coordinator; Kim White, Regional Director, Mid–Atlantic Region; Connie Davis–Crum, Disciplinary Hearing Officer, USP Lee; Valerie Chambers, Unit Manager, USP Lee; Wayne Smith, Unit Manager, USP Lee; R. Petit, Case Manager, USP Lee; Richard Blythe; Rodney Myers; Pam Poston; B.G. Compton, Warden, USP Lee, Defendants—Appellees,

and

Bureau of Prisons; Robert L. Matthews, Regional Director, Southeast Region; Ray Holt, Regional Director, Southeast Region; Michael Wright, Associate Warden for Programs, USP Coleman; Minnie Potts, Associate Warden for Programs, USP Coleman; Ms. Camps, Supervisor for Education, USP Atlanta; Ronald Brothers, Supervisor for Education, USP Coleman; Mr. Nabritt, Education Specialist, USP Coleman; Jessica Jones, Counselor, USP Lee; J. Serrano, M.D., Clinical Director, FCI Edgefield; J. Shim, M.D., Clinical Director, USP Coleman; L. Guevara, Assistant Health Services Administrator, FCI Edgefield; J.C. Greer, Optometric Doctor, USP Coleman; G. Loranth, Medical Officer, FCI Edgefield; Dan-

iel D. Richardson, Optometric Doctor, USP Coleman; Willie Scott, Warden, USP Atlanta; Donald A. Mckelvy, Warden, USP Coleman; Mickey E. Ray, Warden, FCI Edgefield; Mr. Gibson, Jail Administrator, USP Atlanta, Defendants.

No. 05–7035.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2005.

Decided: Dec. 20, 2005.

Edward Harold Saunders, Jr., Appellant Pro Se. Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellees.

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Harold Saunders, Jr., appeals the district court's order denying relief on his *Bivens* * complaint under 28 U.S.C. § 1915A(b) (2000), for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Saunders v. Bureau of Prisons,* No.

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).

CA–05–28–JLK–MFU (W.D.Va. filed Apr. 29, 2005 & entered May 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*